UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO MAY RUIZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>D. WOODFILL, et al.,<br><br>　　　　Defendants. | No. 2:20-cv-0205 KJM AC P<br><br><br>ORDER |

　　Plaintiff, a state prisoner proceeding pro se with a civil rights action, has filed another motion for appointment of counsel and an interpreter. ECF No. 15. The court recently denied a similar motion (ECF No. 14), and the renewed motion does not add any additional information or grounds for granting either request. It will therefore be denied for the same reasons as the previous request. See ECF No. 14.

　　Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for the appointment of counsel and an interpreter (ECF No. 15) is denied.

DATED: May 19, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE