UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO MAY RUIZ,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>D. WOODFILL, et al.,<br><br>　　　　　　Defendant. | No.  2:20-cv-0205 KJM AC P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 3, 2020, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  ECF No. 25.  Plaintiff has filed objections to the findings and recommendations.  ECF No. 26.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 3, 2020 (ECF No. 25), are adopted in full;

2. This action is dismissed without prejudice; and

3. Plaintiff's motions for appointment of counsel, interpreter, requests to proceed in forma pauperis, and to remove the assigned magistrate judge (ECF Nos. 22, 24, 26) are denied as moot.

DATED: December 15, 2020.

CHIEF UNITED STATES DISTRICT JUDGE