UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO MAY RUIZ, | No. 2:20-cv-0205 KJM AC P |
| Plaintiff, | |
| v. | ORDER |
| D. WOODFILL, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The court entered judgment on December 16, 2020, following which plaintiff file a motion for relief from judgment and motion for appointment of counsel.  ECF No. 29.  The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 28, 2021, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  ECF No. 30.  Plaintiff has filed objections to the findings and recommendations, which this court has reviewed.  ECF No. 31.  The court notes that the substance of the objections is presented in Spanish.  As the magistrate judge correctly noted in her findings and recommendations, in this civil case filings must be

/////

1

presented to the court in English. It is plaintiff's obligation to present a translation into English; there is no exception to these requirements for extraordinary circumstances.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of the file. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 28, 2021, ECF No. 30, are adopted in full; and

2. Plaintiff's motion for relief from judgement, ECF No. 29, is denied.

DATED: March 31, 2021.

                                                          CHIEF UNITED STATES DISTRICT JUDGE